Good morning, Your Honors. My name is David Oppenheim. I am here on behalf of Arnold Chapman. Good morning. Good morning, Your Honors. My name is Jim Horstman. I'm here with my co-counsel Julian Campbell. We represent Cincinnati Insurance Company. I please the Court. This case is here on a Rule 308 certified question, which paraphrased is, is a judge required to grant a substitution pursuant to 735 ILCS 521001A2 despite counsel for the requesting party knowing of a judge making a ruling in another case that could affect the case at bar. We submit that the answer to that certified question is yes, that there is no support for the alternative, and that moreover, the alternative would, in a day and age when as a practical matter, lawyers practicing in a specialized niche area is the rule rather than the exception, would simply eviscerate the rule. The statute says that a party's right to a substitution once is absolute unless trial has commenced or there has been a substantial ruling in the case. There has not been a substantial ruling in this case, and trial is a very long way off. But doesn't the rule also require, doesn't the rule, the corollary to the rule, I should say, also say that if the counsel has an opportunity to test the waters or see which way the wind is blowing in terms of how the judge will rule, that the judge can, it's discretionary. I mean, the way you've phrased the question, it's the judge must grant the substitution motion, but the corollary states if counsel has an opportunity to gauge what the court will do, does the judge still have to grant the motion for substitution? I think that the big difference is in counsel engaging in proceedings with the judge within the confines of the case itself as opposed to knowing things that the judge has done in other cases. What's the difference? Well, the difference is that if you are encountering for the first time how a judge is treating your case and treating the issues in your case in that case, and then after that trying to exercise your statute 1001A2, the courts have been a little uneasy with that. But to go answer the question that we have here in the negative and say that simply participating in and knowing what the judge has done in other cases bars a change of judge, I submit, would go against the purpose of the statute, because after all, why else would anyone take a change of judge other than that they're aware, for example, that this judge in a personal injury case has refused to let in a certain type of expert testimony, and okay, I've got a case coming up that I want this type of expert damages testimony in my case, so I'm going to take my change. Is there a change of right for cause, though, would there be a difference there? I think that, and obviously the statute has two parts, A1 and A2. A1, as of cause, doesn't have any restriction in terms of the stage of the proceeding when it may be done. As long as the good cause exists. But A2 simply says you get one freebie for any reason or no reason at all, and as long as you exercise that before trials commenced or substantial ruling has occurred in the case, that it should be as of right. Sir, back to my original question. Is that one freebie absolute? You get one freebie unless or one freebie if or one freebie but, and you can fill in the blanks after that. Is it a one freebie absolute? I mean, I think it is, provided that it's done in the manner that is consistent with the statute and with the case law. And the case law says if the lawyer has an opportunity to gauge or test the waters or to see how the judge will rule, then that's the fill in the blanks afterwards. You don't get the one freebie. And in this case, the judge, sua sponte, told them pretty much how he would rule. It was the same issue. I agree that there were two different cases, but the fact that, because you kind of allude to that in your brief, that the fact that the judge raised the issue sua sponte should affect whether or not the statutory requirements is applicable. Can you tell me, expand on that a little bit? Absolutely. Cincinnati has relied principally on four cases. The one that's closest to what we've got is In re gay out of the third district. And in that case, the holding was conditioned on the notion that the litigant voluntarily engaged in colloquy with the judge about the issues and that that was the testing of the waters. I submit that any time the judge just sua sponte out of the blue brings something up, that isn't voluntary engagement on the litigant's part. Well, let me ask you this. It was at a status hearing first. I'll agree with you. The record doesn't indicate that the court entered an order previously or said anything during court which would indicate how it was going to go. However, at the status hearing, Judge Flynn was it? Judge Flynn volunteered to your client and the other attorney. He said, I'm going to go read it. I've had a similar case. I suggest you both go read it. And interestingly, wasn't your client on that other case? No, no, I was, but it was a different client. Oh. Okay. Well, be there, Sime. So your client goes off that night, reads the case. It's all laid out for him, what's going to happen. He immediately files his SOJ. Hasn't he tested the waters? I suppose that would be if that were, in fact, the scenario that you could make an argument for that. But in reality, as we were just confirmed, it was my case. My client was aware of the other case. It was simply a, frankly, an oversight on my part not to have filed the substitution in the interim between when the other decision came down and when the status hearing occurred. And it merely served as a reminder for me to take that step. It may have been an error. It may have been an inverted, whatever. But the judge shook you up and woke up somebody. But isn't it? Waters tested? Yeah. That was my question. I don't think that is because he didn't tell me or my client anything we didn't already know. And that wasn't the basis for the trial court's order. The trial court's order simply was the fact that this other case, this other ruling existed in which I participated. Not that he said anything about it later or any sort of time period passing. But the issue was the same. And if he ruled in that other case on the identical issue in a way that was not favorable to your client in the current case, I think it's reasonable to infer that he was going to rule in exactly the same way that would not be favorable to your client in your other case, although it wasn't the same cases. As I understand it, the issues were the same. So back to Justice Harris's question. Although you didn't prompt the judge to say that he did it sua spate, it's still a testing of the waters. I mean, you then have, it woke you up by your own admission. Oh, my goodness. Judge Flynn is going to rule against me on this issue. I better get out of here. Isn't that classic figuring out which way the wind is blowing and then filing your SOJ motion? Well, but I would submit then if that is going to be the rule of the court, then where do you draw the line? I mean, judges make rulings all the time. Lawyers practice in the same courthouse for years and years and years. So, I mean, for example, if I have a new case with the same issue, a third case, also getting assigned to Judge Flynn, can I take a substitution on day one? Or does the fact that I know about vehicle alignment... That's why these cases are difficult, because it's very fact-specific. And in the hypothetical that you just gave, I think you could take an SOJ on day one. As soon as you went in to Judge Flynn, you saw, oh, it's Judge Flynn. I know what he's going to do. So you take an SOJ. That's a different set of factual scenario. It's a different factual scenario than what you have here.  But that's actually fairly close to what I have here, is the fact that there is an identity of counsel such that, obviously, I knew about the prior ruling in vehicle alignment the day that that ruling was made. So the issue then becomes, is it okay for me to take a change of judge in the C.T. Phoenix case the following day? And if the answer to that is yes, then does the judge reminding me of that ruling change the equation? And I would submit that given the sum total of what the lawyer knows and what the party knows hasn't been increased or changed by the judge's pronouncement, that that isn't really a situation like in Gay or any of the other cases where there were fact-intensive, unique pretrial issues where these are things that it's not how the judge feels on a particular question of law. It's how the judge feels about the facts of the case. Let me ask you a question. We agree there was no substantive ruling by the judge in this case. All right. What about the way the question is posed? Here's a certified question. Case A and case B involve different parties but share a common substantive issue. Because of the framing of the question in that manner, does that affect how the court should look at this specific question only? The court seems to agree that there is a common substantive issue. There hasn't been a ruling but there's a same issue. Would that affect how we should look at this at all? I think that the key regarding the certified question is the absence in the certified question of any of the factual issues that we're talking about. The certified question is a question of law that says we got the same legal issue. Case A went one way. Because the lawyer that the party in case B elected to hire was a participant in case A, does that affect the party in case B's right to take a change? That was my conception of the certified question that Judge Flynn issued. And it's interesting too because I think that that truly is the basis for his underlying order, not any of the unique factual issues that we've been talking about. His stated rationale on the record when he read the ruling into the record was that he had done some research and determined that my law firm has a large market share in this particular type of case. And so analogize it to a situation where the state and the prosecutor's office are routinely taking changes of judge from a particular judge in felony cases and the Supreme Court said no, what you're doing is you're effectively removing this person, this judge from the call in which he was placed. And that is a violation of the court's organizational rules. All right, so do you argue there's some kind of gap or difference between what exactly happened in this case against what the certified question presents? I do. I do. And I also would refer the court as we did in our reply brief to the case law mostly coming out of this district that strives to confine Rule 308 appeals to simply answering questions of law as opposed to reviewing underlying orders on the facts. So and I would think that the other problem inherent in the question, which I guess the ruling that's brought out by the question is the focus on the identity of counsel. Because there is nothing in Section 1001 that expands or contracts a party's right to exercise that statute based on which attorney they pick. Well, why do you say it focuses on the identity of counsel? I don't see anything in the reference that you can draw. But let me ask you another question. The way the salient point of the certified question is, as Judge Flint puts it, is the judge required, and I think required is the key word here, required to grant the motion on these facts. And as I said earlier, these cases are hard because they are fact specific. And on these facts, is the judge required? And that's the operative word, to grant the motion. I would submit that he is, both for the reasons we've discussed and based on the case law that says that the statute should be liberally construed and it should be construed to effect rather than defeat the right to substitution. And again, nothing in this case on these facts involved the judge either making a ruling, whether substantial or even arguably substantial, or giving the moving party any insight that they didn't already have. Could you wrap up, please? We've got some time. Thank you, Your Honor. I think that the key issue here is simply whether involvement or knowledge of a legal ruling in a separate case can be a bar to taking a substitution of a judge. And I would submit that if that is, then there will be problems exercising the statute in virtually  I'm Jim Horstman, representing Cincinnati Insurance Company. What I've just heard surprises me a little bit. Counsel for Chapman has told us now that the question that he asked this court to accept a review on is not accurate. I think that's reason enough to deny the appeal at this point. There was some discourse in the briefs in which I thought that Chapman was arguing that this court is strictly bound to the words of the certified question. It seems like he's gone the other way now. If it's true, as he said, that the question doesn't accurately formulate the issue that's shown by the record, I think this court then should deny the appeal on that procedural question. We try to avoid denying appeals on a procedural basis. Let's get to the merits. Well, from your statement, are you in agreement now with him that this certified question does not accurately describe the issue that we're here to decide? My view is a little different. I believe it's accurate, but I don't think there's enough there for the court to rule as he's asked you to rule. As Justice Cunningham pointed out a few times, we have to look at the question. The structure is interesting. It contains six sentences of facts, and then there's only one. The seventh sentence is a question, and it's the only question presented, and that is, is the judge required to grant the motion? Our position, in a nutshell, is that you don't have enough facts here to know one way or the other. And why is that? It's because the right to substitution of judge is not absolute. The case law shows that we talk about substitution as of right, which I guess is accurate so far as it goes, but it's not an unconditional right. It's very much conditional. Things have to be shown. The case law shows the motion has to be filed timely. Apart from that, it has to be filed before the judge has ruled on a matter of substance. And apart from that, it has to be made before the judge, rather, before the movement has had a chance to test the waters or otherwise. Let's just go through the points that you made. You made some argument in your brief that this was not a timely motion because the matter had been pending for some eight months before Mr. Oppenheim brought the motion. So is there some bright line test as to the amount of time if the case is dormant? And he argues in return that the case was dormant. Nothing happened in that case. So the amount of time that it was pending is really immaterial. Do you agree or disagree with that? I disagree. There is no bright line test, for sure. But we had an eight-month unexplained delay. He says that not much was going on in the case, but it's precisely that eight months that allowed him to gain this knowledge about Judge Flynn's opinion on the coverage issue underlying this. If he had filed it right away like he was supposed to, he wouldn't have come to this knowledge. When you say he was supposed to file it right away, is there some requirement that he has to file it at a particular time? There's not. The statute doesn't set out a particular period of time. But he's at his jeopardy. The longer he waits to file the motion, the more likely it's going to be that he loses his right because he's Well, I think he sees that now because Judge Flynn agrees with you. But what I'm trying to get to is at what point is the – what's the tipping point? The case was pending for eight months before he brought the motion. So you think that that's too long. You also make another argument that if the judge has ruled on anything substantive, and I think we can all agree that no substantive ruling was made in this case that he sought on the SOJ, but the substantive ruling was made in another case on the identical issue. Speak to that for me. And that's really the point that we're talking about. There's no bright-line test for how long you can wait. But on the record in this case, the simple and clear issue is the testing of the waters, the corollary. Counsel, can I ask you, was it really opposing counsel testing the water or was the judge on his own saying, hey, by the way, you should look at case A versus B because I ruled in a certain way in that case? It was the latter. But the statement of the corollary includes both aspects. This is quoted in our brief, but the way this court has stated this corollary repeatedly is as follows. Quote, even if the trial court did not rule on a substantial issue, a motion for substitution of judge as of right may still be denied if before filing the motion, the moving party had an opportunity to test the waters and form an opinion as to the court's disposition toward his claim. Now, counsel didn't ask the question, but it's by virtue of that eight-month delay that he was around the judge. It set up the circumstances for him to learn. Well, the judge knows how he was going to rule on that issue because he ruled on another case. But if the judge had made that statement in week one, would it have made it? I think part of Mr. Oppenheim's argument is that the judge should not be allowed to undermine the purpose of the statute by sua sponte, telling you how he's going to rule, and then saying, oh, now you can't take an SOJ. That's how I understand his argument. What is your response to that? Well, I think he's playing, again, back and forth with the facts of this case. He's brought to this court a 308 question, and he wants the court to consider various hypotheticals. That situation you just described is not what happened here. By counsel's own admission, he knew that Judge Flynn had made this ruling in the other case. If Judge Flynn hadn't said anything at all, we have the admission of Chapman's counsel that he already knew this. So it's not a fair hypothetical. If Judge Flynn had said nothing at all, we probably wouldn't be here because there would be no basis for the judge to deny the motion. He could, but since there had been no substantive ruling in the case, albeit that it had been pending for eight months, if he had made no statement at all as to this case. I don't see that there would be a basis for an appeal. He would have had to grant the SOJ. It's the comment of the judge. And, I mean, the real sub-issue that we're getting at is should that comment be part of the body of information that allows the lawyer to test the waters and then move for an SOJ, and then the judge has the discretion to deny it or not. That's how I see it. Your Honor, I'm not so sure that we would – that it's true that we wouldn't be here. Under the same circumstances where you have counsel who handles a lot of these kind of cases and he – That's not so unusual, is it? No, no, but there's more to it. Okay. Then you start to understand why he waited eight months. Isn't it to the benefit of lawyers like this to hang on with the judge for as long as you can, to see how the judge might rule on an important issue in the case? That's what lawyers kind of do anyway. They want to see – I mean, I – Well, I'm not saying it's bad or wrong. I'm just saying that it does go to the timeliness basis. And I believe that there – you could find a situation where you get counsel who are involved in a lot of cases of a similar type, you might learn that those attorneys have already, like in this case, where in fact counsel admittedly did know about Judge Flynn's prior ruling, and in a case like this where they've waited for eight months, you might bring a motion or you might oppose a motion for change saying, wait a minute, Judge Flynn, you can't grant this motion. They've waited eight months to raise this, and they know from the other case how you're going to rule here. And they do – they have formed an opinion as to how you're going to rule here. Counsel, how is this any different than an attorney who does his job or her job and studies what rulings the judge has made in prior cases and kind of knows which way the judge is going to go and asks for an SOJ? How is this any different, knowing the history of a judicial ruling versus the judge throwing out to you, here's what I've done in prior cases? Well, this is not a case of general research. I understand that, but I'm just wondering, what's the difference? If you're a good attorney, you know what the judge may or may not do in a case. Absolutely. I don't fault counsel for doing his homework and figuring this out. But in this case, it's very, very specific. It's the same issue. By virtue of the Rule 308 question that's been put up to you, it's the same exact coverage issue that the same exact judge has ruled on in another case involving the same exact attorneys. See, we don't know that by looking at the question, though. All we know is that it's a common, substantive issue. We don't know the facts, is what I'm saying. True. It's confusing about the question, though, is it not? Yes. I mean, I really – I think the question is incomplete, because just based on these seven sentences, the question says, is the judge required to grant the motion? The court has to say, we don't know, because this question doesn't tell us whether the motion was timely filed. It doesn't tell us whether there was a substantive issue decided before. It doesn't tell us anything about the testing of the waters. Well, it does say they share a substantive issue, which is, again, do you think there's any import to that part of the question? I do. I mean, I think that was Judge Flynn's effort to say it's the same issue, which when you look at the transcript that has been filed with our answer to the petition for leave to appeal, you see that that's exactly, in Judge Flynn's mind and all the parties have assumed, it's the same exact issue here. And I think that does come through in the briefs. So your answer to the question, you know, if you were us, as to whether or not the judge is, quote, required to grant the motion, you say we should say we don't know because we don't have enough facts. Is that your answer? He says his answer is, yes, the judge is required to grant the motion. You're saying we should answer it either we don't know or should we answer it no. I just like the lawyers to tell me with real clarity what they would like us to do. It really is helpful. I'll try to be clear. Mine is a two-part answer, though. Okay. If the court feels that it's bound by the seven sentences of the question, then I think the court should say we don't have enough there. We can't answer the question in the affirmative. However, if the court feels, as we've argued, actually, it was our motion seeking to file a surreply brief, we cited cases to show the court that you can go beyond the statement of the question. If the court is willing to look to the entire record, then I think the court can emphatically and with certainty rule that the answer to this question is no because this record shows the motion was not timely filed, and this record shows that, in fact, Counsel for Chapman waited until he knew how Judge Flynn would rule on a dispositive issue before he filed this motion. So it depends on the scope of the court's review. It would be a whole lot easier if, in the certified question the judge had included at a status hearing, the court advised the attorneys to go look at a case that he had previously decided. Then the following day, the SOJ was presented. It would be a whole lot easier, wouldn't it? Yeah. But we know that from the record. Right. It's in the record. It's in the record. And in the briefs, Chapman has argued that the court, he's cited cases to the effect that this court is strictly bound by the question framed by Judge Flynn. But that isn't the full story. In Boyd v. Travelers, the Illinois Supreme Court, 166 ill second 188, framed the rule, quote, in the interest of judicial economy and reaching an equitable result, a reviewing court may go beyond the certified question to enter a dispositive ruling in the case, unquote. And the First District has followed that in Walker v. Carnival, 383 ill at third 129, and Board of Trustees v. Newman, 388 ill at third 129. So even in a 308 review, the typical approach is to look at the question and stay pretty much with that. The Supreme Court and the First District have gone beyond that if it makes sense to do so. Here we have a clear case of it makes sense to do so, because if you don't look beyond the certified question, we're done. You don't have enough information. But that information is in the record that's been presented to the court. And I think under Boyd v. Travelers, the court ought to look beyond. And when you do, it's our position that the court will answer that question in the negative. That question, again, is, is the judge required to grant the motion? And based on what we see in the record, the answer is clearly no. The judge is not required to grant the motion under the circumstances shown by this record. The only final thing I would say, and I thank the Court for the time, is that two things. Judge Cunningham, you had indicated there's no bright-line rule on how much time has to go on and what the circumstances are. And I think as an articulation of the law, that's true. You don't have a statement of the law that's so crystal clear that it's going to automatically jump you to the quest for the answer here. However, this record is crystal clear. Counsel admits that he knew how Judge Flynn was going to rule, and the chronology is crystal clear. So we're helped by that. The last thing I'd want to point out is that both in the briefs and here on argument, counsel has suggested that attorneys who have a narrowly defined practice might run into this situation more often. And it's almost that he's suggesting that there should be a special rule for attorneys who have a narrow practice, and that clearly cannot be the case. And that's not what the statute anticipates. They may run into the situation, this awkwardness, more often than some other lawyers, but it's not a reason for a different application of the rule. So, Your Honors, I thank you for your time, and that's my two-part answer. The court should either say we can't answer the question if we're confined to the statement of the question alone, but if the court goes beyond the seven sentences of the certified question to look at the entire record, then I think you can and should answer the certified question in the negative. Was the certified question a product solely from the court, or did the attorneys participate in the preparing of the certified question in the order? Your Honor, the parties participated. Everything I suggested was soundly rejected. I'm not even sure that this was Mr. Oppenheim's question. I think Judge Flynn disregarded the suggestions and came up with this one himself. And his own. Thank you. Thank you, Your Honors. Thank you, Mr. Horstman. Mr. Oppenheim, the brief. Emphasis on brief. Thank you, Your Honors. I have, I believe, five quick points. The first is I have not. I've never heard a lawyer make five points quickly, but go ahead, give it a try. Fair enough. I am not suggesting that the question is inaccurate in any way. I am suggesting that it is an appropriate question of law, which is what Rule 308 requires. And we have argued and consistently argued that the court must answer this certified question. As counsel and the court has pointed out, the question lists six sentences of facts, followed by the question at the end. The six sentences of facts were what Judge Flynn came up with. We submitted competing questions. They were both rejected. So I submit that what you have in your certified question are the issues that Judge Flynn view is crucial to his determination whether to grant or deny the motion, which also suggests that Judge Flynn would not have exercised his discretion, even if he had any discretion, to deny the motion if it were only the issue of what he said in the status conference or if it were only the eight months. Can you respond to Mr. Horstman's statement? And I know I'm prolonging your five points by asking this question, but Mr. Horstman pointed out that there is case law that suggests and supports that the appellate court in making our review and our analysis, we can review everything that's in the certified record that comes up to us on appeal. And in that record, there's the other factual bits of information that's not included in the certified question. Can we consider that? I think that the court has drawn exceptions in circumstances that warrant it. I submit that this is not one of them that the court ought to. Why not? Because the idea is to get a clear answer on whether the corollary, I guess, to Section 1001 applies to rulings made in other cases. That's what was first and foremost in the judge's mind, as can be seen from the question, and that's the sort of thing that would not only materially advance this case, but would be a useful precedent for other cases. And so to answer the question that you posed, Mr. Horstman, I believe the court should simply answer the question yes and hold that based on this and based on these issues, the judge should not have denied the motion, but to the extent that the court wishes to get a ruling on the effect of the judge's commentary at the status hearing, I would suggest that the court ought to send it back to Judge Flynn so that he can make a determination on that in the first instance because he has not done so. The other remaining two points I was going to make very quickly are that we've heard a lot about an eight-month delay, but I would submit that nowhere in the statute is there any sort of elapsed time requirement with the stopwatch measuring from the time of filing. It's simply not a factor in the analysis. And finally, it was very interesting, I think, counsel's responses to the questions about what about the circumstance where a lawyer does their research and knows how a judge rules on certain issues was very illuminating. Their position, as Judge Flynn's position was, was simple knowledge of a prior ruling is equivalent to testing the waters and is a basis for denial of a 1001 motion. And that can't be right or else the statute has no effect or is only effective as to lawyers who don't do research. So unless your honors have any further questions for me, I thank you for your time. Thank you both for a very thorough analysis and good argument. This case will be taken under advisement. Thank you. Please call the next case.